# In the United States Court of Federal Claims

No. 18-927C
(Filed: August 30, 2018)

* * * * * * * * * * * * * * * * * * * *

ELECTRA-MED CORPORATION, *et al.*,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*,

and

AMERICAN MEDICAL DEPOT, *et al.*,

    *Intervenors*.

* * * * * * * * * * * * * * * * * * * *

## ORDER

    During the telephonic status conference held on the record on August 30, 2018, plaintiff made an oral motion to supplement the administrative record with a presentation cited and linked to on page 1995 of the administrative record. As stated on the record, we grant that motion. Accordingly, defendant is directed to supplement the record with that document and file it electronically. During the status conference we also asked defendant to provide a digital copy, on CD or DVD, of the complete administrative record and a physical copy of the record to chambers. We direct defendant to provide those materials by September 5, 2018.

                                                s/Eric G. Bruggink
                                                Eric G. Bruggink
                                                Senior Judge