# In the United States Court of Federal Claims

No. 18-927 C

ELECTRA-MED CORPORATION,
A2A INTEGRATED LOGISTICS,
INC., ZILLION SOLUTIONS, INC.,
and ALLIANT ENTERPRISES, LLC.
    Plaintiffs

  v.

THE UNITED STATES                                                   JUDGMENT
    Defendant

    and

AMERICAN MEDICAL DEPOT,
MEDLINE INDUSTRIES, INC.,
and KREISERS, LLC
    Intervenors

    Pursuant to the court's Opinion, filed September 25, 2018, denying plaintiffs' motion for judgment on the administrative record, denying defendant's and intervenor's motions to dismiss, and granting defendant's and intervenors' cross-motions for judgment on the administrative record,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant.  No costs.

                                                        Lisa L. Reyes
                                                        Clerk of Court

**September 26, 2018**                   By:     s/ Debra L. Samler

                                                       Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.